UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60279-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

PLAINTIFF,

vs.

MOISES CORDON, JR.,

DEFENDANT,
_____/



## ORDER GRANTING MOTION FOR EXONERATION OF BOND

**THIS CAUSE** came before the Court on Defendant's Motion for Exoneration of Bond and the Court having considered the motion and being fully advised in the premises, it is hereby;

**ORDERED AND ADJUDGED** that the Defendant's Motion for Exoneration of Bond is **GRANTED.** The clerk of the Court is Ordered to return the $2,500.00 with accrued interest to MOISES CORDON, SR

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida in this the 20 day of MARCH, 2008.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE