UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60279 CR MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MOISES CORDON, JR.,

    Defendant(s).

_____/

## ORDER

**THIS CAUSE** has come before the Court upon the Defendant's Motion For Return of Passport, filed March 10, 2008 (DE # 61). The Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

**DONE AND ORDERED** at West Palm Beach, Florida, this ___ day of March, 2008.

**DONALD M. MIDDLEBROOKS**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of Record
       U. S. Pretrial Services